UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| **SILVER STREET PARTNERS LLC,** | |
|     Plaintiff, | Case No. 4:24-cv-00071-TRM-SKL |
| | JURY DEMAND |
| v. | |
| **AUTO-OWNERS MUTUAL INSURANCE COMPANY,** | |
|     Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, Silver Street Partners, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and gives notice of its voluntary dismissal of this action without prejudice.

Respectfully submitted,

McWHERTER SCOTT & BOBBITT, PLC

*s/ J. Brandon McWherter*
J. BRANDON McWHERTER #21600
brandon@msb.law
JONATHAN L. BOBBITT #23515
jonathan@msb.law
EMILY S. ALCORN #033281
emily@msb.law
109 Westpark Drive, Suite 260
Brentwood, TN 37207
T: (615) 354-1144
F: (731) 664-1540

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of this Notice of Voluntary Dismissal Without Prejudice has been served upon each attorney of record via the Court's ECF system on this the 6th day of January 2025.

Parks T. Chastain
pchastain@bkblaw.com
Hannah J. Leifel
hleifel@bkblaw.com
BREWER, KRAUSE, BROOKS,
 CHASTAIN & MEISNER, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228

                                              *s/ J. Brandon McWherter*